UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| In re: | § | Case No. 10-49545 |
| ROBBIE SIER | § | Chapter 7 |
| | § | |
| Debtor(s) | § | Honorable Jack B. Schmetterer |
| | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL  60604

Any Person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/15/11 in Courtroom 682,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed:   11/18/11                        By:   Clerk of the Bankruptcy Court


UST Form 101-7-NFR(7/1/2009)

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
TWO NORTH LASALLE STREET
SUITE 1700
CHICAGO, IL 60602

UST Form 101-7-NFR(7/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ROBBIE SIER § Case No. 10-49545
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,091.20 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,091.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,259.12 | $ 0.00 | $ 1,259.12 |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ 590.00 | $ 0.00 | $ 590.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,849.12 |
| Remaining Balance | $ 3,242.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,363.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Citibank, N.A. | $ 460.43 | $ 0.00 | $ 120.74 |
| 2 | American InfoSource LP as agent for Citibank, N.A. | $ 245.95 | $ 0.00 | $ 64.50 |
| 3 | Citibank, N.A. | $ 1,823.03 | $ 0.00 | $ 478.07 |
| 4 | American Infosource LP as agent for FIA Card Services, NA/Ba | $ 9,833.69 | $ 0.00 | $ 2,578.77 |

Total to be paid to timely general unsecured creditors        $ 3,242.08

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) (Page: 3)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/ Deborah M. Gutfeld

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*TWO NORTH LASALLE STREET*
*SUITE 1700*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-49545-JBS
Robbie Sier Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: csimmons     Page 1 of 2     Date Rcvd: Nov 21, 2011
    Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2011.
```
db           +Robbie Sier,   11039 South Trumbull Avenue,    Chicago, IL 60655-3325
aty          +Kevin G Schneider,   2 North LaSalle St #1700,    Chicago, IL 60602-4000
17542506      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
16381557     +Citi,   Acct No xxxxxxxxxxxx0866,    Po Box 6241,    Sioux Falls, SD 57117-6241
16381558     +Citi,   Acct No xxxxxxxxxxxx6624,    Po Box 6241,    Sioux Falls, SD 57117-6241
16381559     +Citi Cards,   Acct No xxxx-xxxx-xxxx-4018,    7920 NW 110th Street,    Kansas City, MO 64153-1270
17228492     +Citibank South Dakota NA,   Payment Center,    4740 121st St,   Urbandale, IA 50323-2402
17621883     +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
16381562     +Harris N A,   Acct No xxxxxx0231,    Po Box 94034,   Palatine, IL 60094-4034
16381563     +Law Office of Richard Craig,   218 North Jefferson,    Suite 401,   Chicago, IL 60661-1291
16381564     +The Hartford,   Acct No xx xxx xx4892,    P.O. Box 2917,   Hartford, CT 06104-2917
16381565     +Todd Kooperman,   Acct No xx-x-xx4758,    C/o: Alisa M. Levin,   2319 West Chicago Avenue,
               Chicago, IL 60622-4723
16381566     +Toyota Motor Credit,   Acct No xxxxxxxxxxxxx0001,    1111 W 22nd St Ste 420,
               Oak Brook, IL 60523-1959
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16895497      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2011 04:40:27
               American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK   73124-8840
16381561      E-mail/Text: legalcollections@comed.com Nov 22 2011 02:37:38     ComEd,   Acct No xxxxxx0047,
               Bill Payment Center,   Chicago, IL 60668-0001
17303080      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2011 04:50:53
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                               TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16381556     ##+Bank Of America,   Acct No xxxxxxxxxxxx3759,    Po Box 17054,   Wilmington, DE 19850-7054
16381560     ##+Citimortgage Inc,   Acct No xxxxxx6133,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2011**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: csimmons              Page 2 of 2                  Date Rcvd: Nov 21, 2011
                              Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2011 at the address(es) listed below:
        Deborah M Gutfeld    on behalf of Trustee Deborah Gutfeld dgutfeld@perkinscoie.com,
         docketchi@perkinscoie.com
        Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
         dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
        Nicholas M Miller    on behalf of Trustee Deborah Gutfeld nmiller@ngelaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Rachael A Stokas    on behalf of Creditor  CITIMORTGAGE, INC. ND-Two@il.cslegal.com
        Richard S Ralston    on behalf of Plaintiff  FIA Card Services, N.A. richardr@w-legal.com,
         angelan@w-legal.com;adaml@w-legal.com
        Thayer C Torgerson    on behalf of Debtor Robbie Sier tedtorgerson@hotmail.com
        TOTAL: 7