UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ROBBIE SIER § Case No. 10-49545
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/DEBORAH M. GUTFELD _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |
|  | Harris N A Po Box 94034 Palatine, IL 60094 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| DEBORAH M. GUTFELD | | | | | |
| Neal Gerber & Eisenberg LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Law Office of Richard Craig 218 North Jefferson Suite 401 Chicago, IL 60661 | | | | | |
| | The Hartford P.O. Box 2917 Hartford, CT 06104 | | | | | |
| | Todd Kooperman C/o: Alisa M. Levin 2319 West Chicago Avenue Chicago, IL 60622 | | | | | |
| 1 | American InfoSource LP as agent for Citibank, N.A. | | | | | |
| 2 | American InfoSource LP as agent for Citibank, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American Infosource LP as agent for FIA Card Services, NA/Ba | | | | | |
| 3 | Citibank, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-49545 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | ROBBIE SIER | | | | Date Filed (f) or Converted (c): | 11/04/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/06/2011 |
| For Period Ending: | 08/20/2012 | | | | Claims Bar Date: | 05/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1115 West Roscoe Chicago, Illinois | 425,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Chase Bank checking account | 377.00 | 0.00 | DA | 0.00 | FA |
| 4. Chase Bank undivided 1/2 interest with Steven Sier | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 5. Household Goods | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. AXA IRA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Robbie Cook, Ltd | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 2010 Toyota RAV4 | 21,000.00 | 5,091.00 | | 5,091.00 | FA |
| 10. Real Estate Brokerage office equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $456,697.00   $5,091.00   $5,091.20   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed and approved by Court. Creditor distributions have been processed. June 28, 2012 status hearing date regarding Trustee's report.

Initial Projected Date of Final Report (TFR): 12/31/2012   Current Projected Date of Final Report (TFR): 12/31/2012

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-49545 | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|
| Case Name: | ROBBIE SIER | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX6332 |
| | | | MMA |
| Taxpayer ID No: | XX-XXX0672 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 08/20/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/11 | 9 | Robbie Cook Sier | Payment in Full - 2010 Toyota RAV4 | 1129-000 | $5,091.00 | | $5,091.00 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $5,091.03 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,091.07 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,091.11 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,091.15 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $5,091.19 |
| 08/09/11 | INT | Bank of America | Post accrued interest for account number 4437826332. | 1270-000 | $0.01 | | $5,091.20 |
| 08/09/11 | | Transfer to Acct # xxxxxx6390 | Transfer of Funds from MMA account xxx6332 to Checking account xxx6390 | 9999-000 | | $5,091.20 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,091.20 | $5,091.20 |
| Less: Bank Transfers/CD's | $0.00 | $5,091.20 |
| Subtotal | $5,091.20 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,091.20 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $5,091.20 | $5,091.20 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-49545 | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|
| Case Name: | ROBBIE SIER | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX6390 Checking |
| Taxpayer ID No: | XX-XXX0672 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 08/20/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/11 | | Transfer from Acct # xxxxxx6332 | Transfer of Funds from MMA account xxx6332 to Checking account xxx6390 | 9999-000 | $5,091.20 | | $5,091.20 |
| 01/11/12 | 1001 | DEBORAH M. GUTFELD TWO NORTH LASALLE STREETSUITE 1700CHICAGO IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,259.12 | $3,832.08 |
| 01/11/12 | 1002 | Neal Gerber & Eisenberg LLP 2 North LaSalle Street Suite 1900 Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $590.00 | $3,242.08 |
| 01/11/12 | 1003 | N. A. American InfoSource LP as agent for Citibank American InfoSource LP, as agent for Citibank, N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Acct No. xxxxxxxxxxxx6624 | 7100-000 | | $120.74 | $3,121.34 |
| 01/11/12 | 1004 | N. A. American InfoSource LP as agent for Citibank American InfoSource LP, as agent for Citibank, N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Acct No. xxxxxxxxxxxx0866 | 7100-000 | | $64.50 | $3,056.84 |
| 01/11/12 | 1005 | N. A. Citibank 701 East 60th Street North Sioux Falls, SD 57117 | Final distribution to claim 3 representing a payment of 26.22 % per court order. | 7100-000 | | $478.07 | $2,578.77 |
| 01/11/12 | 1006 | NA/Ba American Infosource LP as agent for FIA Card Services American Infosource LP as agent for FIA Card Services, NA/Bank of America Po Box 248809 Oklahoma City, Ok 73124-8809 | Final distribution to claim 4 representing a payment of 26.22 % per court order. | 7100-000 | | $2,578.77 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,091.20 | $5,091.20 |
| Less: Bank Transfers/CD's | $5,091.20 | $0.00 |
| Subtotal | $0.00 | $5,091.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $5,091.20 | $5,091.20 |

Net $0.00    $5,091.20

Exhibit 9

Page Subtotals:    $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6332 - MMA | $5,091.20 | $0.00 | $0.00 |
| XXXXXX6390 - Checking | $0.00 | $5,091.20 | $0.00 |
| | $5,091.20 | $5,091.20 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,091.20 |
| Total Gross Receipts: | $5,091.20 |

Page Subtotals:   $0.00   $0.00